# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>Defendants. | Adv. Proc. No. 24-50043 (KBO)<br><br>**Related Adv. D.I.: 1** |

## CERTIFICATION OF COUNSEL REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

The undersigned counsel to the above-captioned plaintiff ("Plaintiff") and defendants ("Defendants", and together with Plaintiff, the "Parties") hereby certify as follows:

1. On April 15, 2024, Plaintiff commenced the above-captioned adversary proceeding by filing the *Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims* [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

2.        On April 17, 2024, Plaintiff served the Complaint, together with the Summons filed on April 17, 2024 [Adv. D.I. 8], on Defendants.

3.        Pursuant to Bankruptcy Rule 7012(a) and the Summons, Defendants are required to file an answer or other responsive pleading to the Complaint within thirty days following issuance of the Summons, on or before May 17, 2024 (the "Response Deadline").

4.        The Parties have agreed to extend the Response Deadline through and including June 17, 2024.  Pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Parties respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), extending the Response Deadline.

*[Remainder of Page Left Intentionally Blank]*

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated:  May 2, 2024

| | |
|---|---|
| **SAUL EWING LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| */s/ Paige N. Topper*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone:  (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com | */s/ Michael W. Yurkewicz*<br>Michael W. Yurkewicz<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>myurkewicz@klehr.com<br><br>*Counsel for Defendants* |

and

Michelle G. Novick (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*

52216398.2