# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>Defendants. | Adv. Proc. No. 24-50043 (KBO)<br><br>**Re: Adv. D.I. 13 & 15** |

## NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that on May 10, 2024, a copy of the following documents was served via First Class Mail or E-Mail on the parties below:

1. Order Extending the Time for Defendants to Answer, Move or Otherwise Respond to the Complaint [Adv. D.I. 13].

2. Order Authorizing the Trustee to File Portions of the Complaint and Exhibits A–C to the Complaint Under Seal [Adv. D.I. 15].

| *First Class Mail* | *First Class Mail* |
|---|---|
| Cencora, Inc. f/k/a AmerisourceBerger Drug Corporation<br>c/o Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | MWI Veterinary Supply Co.<br>c/o Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| *E-Mail*<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg & Michael W. Yurkewicz<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Email: mbranzburg@klehr.com<br>       myurkewicz@klehr.com | |

**SAUL EWING LLP**

By: */s/ Paige N. Topper*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300
    Wilmington, DE 19801
    Telephone:  (302) 421-6800
    evan.miller@saul.com
    paige.topper@saul.com

    and

    Michelle G. Novick (admitted pro hac vice)
    161 North Clark Street, Suite 4200
    Chicago, IL 60601
    Telephone: (312) 876-7899
    michelle.novick@saul.com

    and

    Turner N. Falk (admitted pro hac vice)
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102
    Telephone: (215) 972-8415
    turner.falk@saul.com

    *Counsel to Plaintiff*

Dated: May 10, 2024