# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>                  Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                  Plaintiff,<br><br>                  v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>                  Defendants. | Adv. Proc. No. 24-50043 (KBO) |

## **CERTIFICATION OF COUNSEL REGARDING PROPOSED SCHEDULING ORDER**

The undersigned counsel to Plaintiff, George L. Miller, Chapter 7 Trustee for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC (collectively, the "**Debtors**") hereby certifies that:

1. Plaintiff filed its complaint against Defendants on April 15, 2024 (the "**Complaint**") [Adv. Docket No. 1] in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

52393647.1 06/03/2024

2.      On April 17, 2024, the Court issued the summons to the Complaint [Adv. Docket No. 8], which schedules the pretrial conference for June 5, 2024 at 9:30 a.m. (prevailing Eastern Time).

3.      In accordance with Local Rule 7016-1, beginning on May 29, 2024, counsel for the Plaintiff and Defendants conferred regarding Plaintiff's proposed form of scheduling order (the "**Scheduling Order**").  Based on their discussions, the parties have agreed to the Scheduling Order.

**WHEREFORE**, pursuant to Local Rule 7016-1(d), Plaintiff respectfully requests that the Scheduling Order, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: June 3, 2024

**SAUL EWING LLP**

By:   */s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*