### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CENCORA,INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>Defendants. | Adv. Proc. No. 24-50043 (KBO)<br><br>**Related Adv. D.I.: 19** |

### NOTICE OF SERVICE

I, Paige N. Topper, hereby certify that a copy of the *Scheduling Order* [Adv. D.I. 19] was served via E-Mail on June 4, 2024 and via First Class Mail on June 5, 2024 on the parties below.

| *First Class Mail*<br>Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation<br>c/o Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | *First Class Mail*<br>MWI Veterinary Supply Co.<br>c/o Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
|---|---|

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

52400934.3 06/05/2024

| | |
|---|---|
| *E-Mail*<br>Klehr Harrison Harvey Branzburg LLP<br>Attn: Morton R. Branzburg & Michael W. Yurkewicz<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Email: mbranzburg@klehr.com<br>        myurkewicz@klehr.com | |

**SAUL EWING LLP**

By: */s/ Paige N. Topper*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8415
turner.falk@saul.com

*Counsel to Plaintiff*

Dated: June 5, 2024