# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CENCORA,[2] INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>Defendants. | Adv. Proc. No. 24-50043 (KBO) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE,** AmerisourceBergen Drug Corporation ("ABDC") and MWI Veterinary Supply Co. ("MWI," and, together with ABDC, "Defendants") hereby appears by and through its counsel, Klehr Harrison Harvey Branzburg LLP ("Counsel"). Counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2] The case caption incorrectly refers to AmerisourceBergen Drug Corporation as Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation.

11018368.v1

Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Defendants through service upon Counsel, at the address, telephone, and electronic mail set forth below:

| | |
|---|---|
| Michael W. Yurkewicz<br>Alyssa M. Radovanovich<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Email:  myurkewicz @klehr.com<br>         aradovanovich@klehr.com | Morton R. Branzburg<br>Ryan M. Moore<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 Market Street, 14th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-2700<br>Email:  mbranzburg@klehr.com<br>         rmoore@klehr.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, electronic mail or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Defendants including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Defendants may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 21, 2024
Wilmington, Delaware

/s/ *Michael W. Yurkewicz*
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:   (302) 426-1189
Facsimile:    (302) 426-9193
Email:          myurkewicz@klehr.com
                   aradovanovich@klehr.com

Morton R. Branzburg *(pro hac vice* pending*)*
Ryan M. Moore *(pro hac vice* pending*)*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-2700
Facsimile:    (215) 568-6603
Email          mbranzburg@klehr.com
                  rmoore@klehr.com

*Counsel to AmerisourceBergen Drug Corporation and MWI Veterinary Supply Co.*