# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                Plaintiff,<br>v.<br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>                Defendants. | Adv. Proc. No. 24-50043 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Morton R. Branzburg, Esquire of Klehr Harrison Harvey Branzburg LLP, to represent AmerisourceBergen Drug Corporation and MWI Veterinary Supply Co. in the above-captioned adversary proceeding.

                */s/ Michael W. Yurkewicz*
                Michael W. Yurkewicz (DE Bar No. 4165)
                KLEHR HARRISON HARVEY BRANZBURG LLP
                919 N. Market Street, Suite 1000
                Wilmington, Delaware 19801
                Telephone: (302) 426-1189
                Email:  myurkewicz@klehr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New Jersey and Pennsylvania, and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

                */s/ Morton R. Branzburg*
                Morton R. Branzburg
                KLEHR HARRISON HARVEY BRANZBURG LLP
                1835 Market Street, 14th Floor
                Philadelphia, Pennsylvania 19103
                Telephone: (215) 569-2700
                Email:  mbranzburg@klehr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.