# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>                               Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                               Plaintiff,<br><br>      v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>                               Defendants. | Adv. Proc. No. 24-50043 (KBO) |

## DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on the 25th day of June 2024, a true and correct copy of the following:

- *Defendants AmerisourceBergen Drug Corporation and MWI Veterinary Supply Co.'s Rule 26(a) Initial Disclosures*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

11028754.v1

were caused to be served via electronic mail on the following:

Evan T. Miller
Paige N. Topper
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Email: evan.miller@saul.com
paige.topper@saul.com

-and-

Turner N. Falk
**SAUL EWING LLP**
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: turner.falk@saul.com

Michelle G. Novick
**SAUL EWING LLP**
161 North Clark Street, Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Dated: June 25, 2024
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*
Michael W. Yurkewicz (DE Bar No. 4165)
Alyssa M. Radovanovich (DE Bar No. 7101)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: myurkewicz@klehr.com
aradovanovich@klehr.com

-and-

Morton R. Branzburg (admitted *pro hac vice*)
Ryan M. Moore (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603
Email mbranzburg@klehr.com
rmoore@klehr.com

*Counsel to AmerisourceBergen Drug Corporation and MWI Veterinary Supply Co.*

11028754.v1