# EXHIBIT A

**Proposed Order**

52573569.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>Defendants. | Adv. Proc. No. 24-50043 (KBO)<br><br>**Related Adv. D.I.: 1, \_\_\_** |

**ORDER FURTHER EXTENDING THE TIME FOR DEFENDANTS TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon the *Certification of Counsel Regarding Further Extension of Time for Defendants to Answer, Move, or Otherwise Respond to the Complaint* (the "Certification")[2]; and it appearing that Plaintiff and Defendants have agreed to further extend the time for Defendants to answer, move, or otherwise respond to Plaintiff's complaint through and including July 26, 2024; and it appearing that good cause exists to grant the relief requested; it is hereby:

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2] Capitalized terms used but not defined herein are defined in the Certification.

52573569.2

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The time within which Defendants must answer, move, or otherwise respond to the Complaint is hereby extended through and including July 26, 2024 (the "Response Deadline").

2. All rights are reserved with regards to any further requests for extensions of the Response Deadline.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

52573569.2