# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, MWI VETERINARY SUPPLY CO.,<br><br>Defendants. | Adv. Proc. No. 24-50043 (KBO)<br><br>**Related Adv. D.I.: 1, 19** |

## CERTIFICATION OF COUNSEL REGARDING AMENDED SCHEDULING ORDER

The undersigned counsel to the above-captioned plaintiff ("Plaintiff") and defendants ("Defendants", and together with Plaintiff, the "Parties") hereby certify as follows:

1. On April 15, 2024, Plaintiff commenced the above-captioned adversary proceeding by filing the *Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims* [Adv. D.I. 1] (the "Complaint").

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

52994418.2

2. On April 17, 2024, Plaintiff served the Complaint, together with the Summons filed on April 17, 2024 [Adv. D.I. 8], on Defendants.

3. Pursuant to the *Order Further Extending the Time for Defendants to Answer, Move, or Otherwise Respond to the Complaint* [Adv. D.I. 36], Defendants' deadline to respond to the Complaint was on or before September 11, 2024 (the "Response Deadline").

4. The Parties have agreed to further extend the Response Deadline through and including September 25, 2024, and to extend all forthcoming deadlines set forth in the *Scheduling Order* [Adv. D.I. 19] as set forth in the amended scheduling order attached hereto as **Exhibit A** (the "Proposed Order").

5. Pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Parties respectfully request that the Court enter an order, substantially in the form of the Proposed Order, extending the Response Deadline and Scheduling Order deadlines.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated:  September 11, 2024

| **SAUL EWING LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
|---|---|
| */s/ Evan T. Miller* | */s/ Michael W. Yurkewicz* |
| Evan T. Miller (DE Bar No. 5364) | Michael W. Yurkewicz (DE Bar No. 4165) |
| Paige N. Topper (DE Bar No. 6470) | Alyssa Radovanovich (DE Bar No. 7101) |
| 1201 N. Market Street, Suite 2300 | 919 N. Market Street, Suite 1000 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| Telephone:  (302) 421-6800 | Telephone: (302) 426-1189 |
| evan.miller@saul.com | Facsimile   (302) 426-9193 |
| paige.topper@saul.com | myurkewicz@klehr.com |
| | aradovanovich@klehr.com |
| and | |
| | and |
| Michelle G. Novick (admitted *pro hac vice*) | |
| 161 North Clark Street, Suite 4200 | Morton R. Branzburg (admitted *pro hac vice*) |
| Chicago, IL 60601 | Ryan M. Moore (admitted *pro hac vice*) |
| Telephone: (312) 876-7899 | 1835 Market Street, 14th Floor |
| michelle.novick@saul.com | Philadelphia, PA 19103 |
| | Telephone: (215) 569-2700 |
| and | Facsimile:   (215) 568-6603 |
| | mbranzburg@klehr.com |
| Turner N. Falk (admitted *pro hac vice*) | rmoore@klehr.com |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | *Counsel to Defendants* |
| Telephone: (215) 972-8415 | |
| turner.falk@saul.com | |
| | |
| *Counsel to Plaintiff* | |