IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,<br><br>       Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>       Plaintiff,<br><br>   v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION,  MWI VETERINARY SUPPLY CO.,<br><br>       Defendants. | <br><br><br><br><br><br>Adv. Proc. No. 24-50043 (KBO)<br><br><br><br><br><br>Re:  Docket No. \_\_\_\_ |

## **[PROPOSED] ORDER**

   Upon consideration of Defendants' Motion to Dismiss the fifth and sixth counts of the Complaint and any responses thereto, it is hereby ORDERED that counts five (5) and six (6) of the Complaint are dismissed with prejudice.

11032217.v2