IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>      Plaintiff,<br><br>   v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION,[2] MWI VETERINARY SUPPLY CO.,<br><br>      Defendants. | Adv. Proc. No. 24-50043 (KBO)<br><br>Re: Docket Nos. 48 and 49 |

**CERTIFICATE OF SERVICE**

I, Michael W. Yurkewicz, hereby certify that on November 15, 2024, I caused one copy of the *Defendants' Motion to Dismiss Complaint* and the *Memorandum of Law in Support of Defendants' Motion to Dismiss* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail.

                  /s/ *Michael W. Yurkewicz*
                  Michael W. Yurkewicz (DE Bar No. 4165)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2] The case caption incorrectly refers to AmerisourceBergen Drug Corporation as Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation.

11032585.v1

## SERVICE LIST

Paige N. Topper, Esq.
Evan T. Miller, Esq.
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Email: paige.topper@saul.com
      evan.miller@saul.com

Michelle G. Novick, Esq.
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Turner N. Falk, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: turner.falk@saul.com