# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>                    Plaintiff,<br><br>                  v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION,[2] MWI VETERINARY SUPPLY CO.,<br><br>                  Defendants. | Adv. Proc. No. 24-50043 (KBO) |

## CERTIFICATE OF SERVICE

I, Michael W. Yurkewicz, hereby certify that on January 6, 2025, I caused the *Defendants' Answer and Affirmative Defenses to the Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims* to be served upon all parties of record via CM/ECF; and the parties on the attached list via electronic mail.

                                                                              */s/ Michael W. Yurkewicz*
                                                                              Michael W. Yurkewicz (DE Bar No. 4165)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2] The case caption incorrectly refers to AmerisourceBergen Drug Corporation as Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation. Cencora, Inc., f/k/a AmersourceBergen Corporation, is the parent company of AmerisourceBergen Drug Corporation.

11304267.v1

## SERVICE LIST

Paige N. Topper, Esq.
Evan T. Miller, Esq.
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Email: paige.topper@saul.com
       evan.miller@saul.com

Michelle G. Novick, Esq.
Saul Ewing LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Turner N. Falk, Esq.
Saul Ewing LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Email: turner.falk@saul.com