IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 18, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONCLUDED MATTERS:**

1. Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement between the Trustee, Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation, and MWI Veterinary Supply Co. (Adversary No. 24-50043)
   [Filed 6/13/2025; Docket No. 1411; Adv. Docket No. 63]

   Related Documents:   (a) Certificate of No Objection
   [Filed 6/30/2025; Docket No. 1429; Adv. Docket No. 64]

   (b) Entered Order
   [Filed 7/1/2025; Docket No. 1431; Adv. Docket No. 65]

   Objection Deadline:   June 27, 2025 at 4:00 p.m. ET

   Responses Received:   None

   Status:   This matter is concluded. Order has been entered by the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.


2. Scheduling Conference in Adversary Proceedings

   <u>Status</u>: Status of the Scheduling Conferences identified on Schedule 1.

Dated: July 16, 2025
       Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*

**CIARDI CIARDI & ASTIN**
John D. McLaughlin, Jr. (DE No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 Phone
(302) 658-1300 Fax No.
jmclaughlin@ciardilaw.com

Albert A. Ciardi, III, Esquire
(Admitted *pro hac vice*)
Walter W. Gouldsbury III
Philadelphia, PA 19103
(215) 557-3550 Phone
(215) 557-3551 Fax
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Special Counsel to George L. Miller, Chapter 7 Trustee/Plaintiff*

## SCHEDULE 1

| Adversary Actions going forward with Scheduling Conference. | | |
|---|---|---|
| **Defendant** | **Adv. No.** | **Status** |
| NONE | | |

| Adversary Actions Scheduling Conference Adjourned. | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Beth Zelnick-Kaufman | 25-50380 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 2. | Christopher C. Young | 25-50381 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 3. | CVS Pharmacy, Inc. et al | 25-50361 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 4. | Erislandy Dorado-Boladere | 25-50382 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 5. | John Sweeney | 25-50383 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 6. | Kevin Bain, et al. | 25-50367 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 7. | The Hilsinger Company | 25-50385 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 8. | Walmart, Inc. | 25-50360 | Adjourned to 9/19/2025 at 10:00 a.m. ET |
| 9. | William Ostrowski | 25-50384 | Adjourned to 9/19/2025 at 10:00 a.m. ET |

| Adversary Actions Settled<br>Scheduling Conference is <u>not</u> required for the following Defendants. | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Abbott Laboratories, Inc. et al | 25-50334 | A settlement in principle has been reached. The Trustee will be proceeding to file a 9019 Motion for approval. |
| 2. | Commonwealth Edison Company | 25-50184 | A settlement in principle has been reached. The Trustee will be proceeding to file a 9019 Motion for approval. |

**Adversary Actions subject to entered Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Less than or Equal to $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [D.I. 1407]; or**

**Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Less Greater than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [D.I. 1408]**

**Scheduling Conference is <u>not</u> required for the following Defendants.**

|     | **Defendant** | **Adv. No.** |
| --- | --- | --- |
| 1.  | AMETEK, Inc. | 25-50292 |
| 2.  | Ascension Health Alliance | 25-50182 |
| 3.  | AT&T | 25-50183 |
| 4.  | Jackson Lewis PC | 25-50176 |
| 5.  | Kerry Ingredients & Flavours | 25-50336 |
| 6.  | M3 Advisory Partners LP | 25-50194 |
| 7.  | Malik & Popeil, PC | 25-50177 |
| 8.  | Motion Industries, Inc. | 25-50185 |
| 9.  | Pestalozzi Attorneys at Law, Ltd. | 25-50179 |
| 10. | Sam's Club | 25-50186 |
| 11. | Sills Cummis & Gross , P.C, | 25-50180 |
| 12. | SPECGX LLC | 25-50187 |
| 13. | Tate & Lyle Solutions | 25-50335 |
| 14. | Willis Towers Watson US LLC | 25-50191 |
| 15. | WM Corporate Services Inc. | 25-50189 |

LEGAL\78980899\1 6010823\00574256
07/16/2025