# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CENCORA, INC. f/k/a AMERISOURCEBERGEN DRUG CORPORATION, AND MWI VETERINARY SUPPLY CO.,<br><br>Defendants. | Adv. Proc. No. 24-50043 (KBO) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al., and Defendants Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation and MWI Veterinary Supply Co., by and through their undersigned counsel, hereby stipulate to dismiss this adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| SAUL EWING LLP | KLEHR HARRISON HARVEY BANZBURG LLP |
|---|---|
| */s/ Evan T. Miller* | /s/ Michael W. Yurkewicz |
| Evan T. Miller (DE Bar No. 5364) | Michael W. Yurkewicz (DE Bar No. 4165) |
| Paige N. Topper (DE Bar No. 6470) | 919 North Market Street, Suite 1000 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 426-1189 |
| Telephone: (302) 421-6800 | myurkewicz@klehr.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | -and- |
| | |
| *Counsel for Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee* | Morton R. Branzburg (admitted pro hac vice) |
| | Ryan M. Moore (admitted pro hac vice) |
| | 1835 Market Street, 14th Floor |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 569-2700 |
| | mbranzburg@klehr.com |
| | rmoore@klehr.com |
| | |
| | *Counsel for Defendants Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation and MWI Veterinary Supply Co.* |

Dated: August 19, 2025